FILED
SEP 04 2002
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:02-CV-612-H(3)

| | |
|---|---|
| MARKER & ASSOCIATES, INC., and ANNE MARKER McENTEE, Plaintiffs, vs. J. ALLAN HALL & ASSOCIATES, INC., Defendant. | PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY<br><br>F.R.C.P. 6(b) AND L.R. 4.11 |

NOW COME PLAINTIFFS, by and through undersigned counsel, and move the court to enter an order enlarging the time within which to file responsive pleadings and motions to the counterclaims asserted in this matter. In support of their motion, plaintiffs respectfully show the following:

1. On or about August 26, 2002, defendant caused to be filed notice of removal to this court as well as an answer and certain counterclaims.

2. Counsel for plaintiffs requires additional time to prepare responsive pleadings and motions to the counterclaims.

3. The time for filing responsive pleadings and motions to the counterclaims has not expired.

4. On September 4, 2002, counsel for both parties conferred regarding this motion, and the parties have consented to an enlargement of time for plaintiffs to file responsive pleadings and motions to and including Monday, October 21, 2002.

5. The allowance of this motion will not cause undue delay or prejudice to any party.

WHEREFORE, plaintiffs pray the court to enter an order allowing plaintiffs' motion and enlarging the time within which plaintiffs' may file responsive pleadings and motions to the counterclaims asserted in this matter.

This the 4th day of September, 2002.

AKINS, HUNT & FEARON, P.C.

_____
DONALD G. HUNT, JR.
ATTORNEYS FOR PLAINTIFFS
134 N. MAIN STREET, SUITE 204
POST OFFICE BOX 266
FUQUAY-VARINA, NC 27526
(919) 552-2020 (Telephone)
(919) 552-3221 (Facsimile)

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing **MOTION** in the above captioned action upon all other parties to this cause by placing copies thereof in the United States Mail, postage prepaid, addressed to the party or attorney for said party.

JAY P. TOBIN, ESQ.
C/O: Young, Moore, & Henderson, P.A.
Post Office Box 31627
Raleigh, NC 27622

This the 4th day of September, 2002.

AKINS, HUNT & FEARON, P.C.

_____
DONALD G. HUNT, JR.
ATTORNEYS FOR PLAINTIFFS
134 N. MAIN STREET, SUITE 204
POST OFFICE BOX 266
FUQUAY-VARINA, NC 27526
(919) 552-2020 (Telephone)
(919) 552-3221 (Facsimile)